1034

[No. 32546-6-III.   Division Three.   October 13, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. SIMEON JUSTIN JIM, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 13-1-00953-1, Blaine G. Gibson, J., entered May 23, 2014. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Korsmo and Fearing, JJ.

[No. 32718-3-III.   Division Three.   October 13, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ADRIAN ANGUIANO, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 14-8-00173-7, Cameron Mitchell, J., entered August 25, 2014. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Fearing, JJ.

[No. 32606-3-III.   Division Three.   October 15, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. RAUL LOPEZ SOTO, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 13-1-01172-2, Ruth E. Reukauf, J., entered June 30, 2014. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Brown, J.

[No. 32659-4-III.   Division Three.   October 15, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE LUIS NIEVES, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 10-1-00590-3, John M. Antosz, J., entered January 7, 2014. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, C.J., and Korsmo, J.